**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00506-CMA-MEH

LESLIE MOORE,

      Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,
    a Nebraska Insurance Company, and
MITSUBISHI ELECTRIC U.S. COMPANIES HEALTH AND WELFARE PLAN,
    An ERISA Welfare Benefit Plan,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a) and the parties' Stipulated Motion to Dismiss With Prejudice (Doc. # 27), signed by the attorneys for the parties hereto, it is

ORDERED that this action is hereby DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED:  August __30__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge